Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tomatlan, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Rio Tomatlán** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8794129** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **106 Bemis Street**<br>**Canandaigua, NY 14424**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ontario**<br>County | **Location of principal assets, if different from principal place of business**<br>**Canandaigua NY**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://riotomatlan.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

Case 2-25-20547-PRW,   Doc 1,   Filed 07/22/25,   Entered 07/22/25 19:12:59,
Description: Main Document ; Page 2 of 47

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|--------|---------------|--------------|---------------|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Tomatlan, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2025**
            MM / DD / YYYY

**X** **/s/ Juan R. Guevara**             **Juan R. Guevara**
      Signature of authorized representative of debtor       Printed name

Title    **President / sole shareholder**

**18. Signature of attorney**

**X** **/s/ Robert B. Gleichenhaus, Esq.**       Date   **July 7, 2025**
      Signature of attorney for debtor                    MM / DD / YYYY

**Robert B. Gleichenhaus, Esq.**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone   **(716) 845-6446**     Email address

**4098570 NY**
Bar number and State

Case 2-25-20547-PRW, Doc 1, Filed 07/22/25, Entered 07/22/25 19:12:59,
Description: Main Document , Page 5 of 47

**Fill in this information to identify the case:**

Debtor name    **Tomatlan, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2025**      X */s/ Juan R. Guevara*
                                      Signature of individual signing on behalf of debtor

                                      **Juan R. Guevara**
                                      Printed name

                                      **President / sole shareholder**
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tomatlan, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | **Credit Card** | | | | $15,580.00 |
| **Can Capital** 1850 Parkway Place, Ste 1150 Marietta, GA 30067 | | **UCC** 202312116727294 | **Unliquidated Disputed** | $44,255.00 | $0.00 | $44,255.00 |
| **Chase Cardmember Services** P.O. Box 1423 Charlotte, NC 28201 | | **Credit** | | | | $51,251.00 |
| **Highland Hill Capital, LLC** 1100 Park Central Blvd South, Ste. 1200 Pompano Beach, FL 33064 | | **UCC** 202410026369685 | **Unliquidated Disputed** | $52,875.00 | $0.00 | $52,875.00 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Payroll tax** | | | | $3,700.00 |
| **Key Bank** 4910 Tiedeman Road Cleveland, OH 44144 | | **Credit** | | | | $22,162.00 |
| **KeyBank** 726 Exchange Street, Suite 900 Buffalo, NY 14210 | | **UCC** 201804068150066 Continuation 202211076732999 | | $72,765.00 | $0.00 | $72,765.00 |
| **LG Funding LLC** 1218 Union Street Brooklyn, NY 11225 | | **UCC** 202409176294470 | **Unliquidated Disputed** | $76,963.00 | $0.00 | $76,963.00 |

| Debtor | Tomatlan, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MNY Capital LLC 244 Madison Avenue, Ste. 1035 New York, NY 10016** | | **UCC 202411066522150** | **Unliquidated Disputed** | **$36,000.00** | **$0.00** | **$36,000.00** |
| **Network Rewards 540 w Madison St. Suite 2400 Chicago, IL 60661** | | **UCC 202408126129087** | | **$37,635.00** | **$0.00** | **$37,635.00** |
| **NYS Dept. of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300** | | **Sales Tax** | | | | **$20,695.00** |
| **NYS Dept. of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300** | | **Sales Tax** | | | | **$123.00** |
| **Rapid Finance 4500 East West Highway, 6th Floor Bethesda, MD 20814** | | **UCC 202312126731409** | **Unliquidated Disputed** | **$83,805.00** | **$0.00** | **$83,805.00** |
| **Ready Capital 200 Connell Drive, Ste. 4000 Berkeley Heights, NJ 07922** | | **UCC 202305305756198** | | **$45,788.00** | **$0.00** | **$45,788.00** |
| **U.S Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155** | | **UCC 202109276558463** | | **$537,814.00** | **$0.00** | **$537,814.00** |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $         **54,732.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $         **54,732.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................... $     **987,900.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **24,518.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **88,993.00**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

    $     **1,101,411.00**

**Fill in this information to identify the case:**

Debtor name    **Tomatlan, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,200.00** |
| 2.    **Cash on hand** | **$2,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **operating account** | **9120** | **$1,262.00** |
| 3.2. | **Chase** | **savings account** | **7365** | **$5,989.00** |
| 3.3. | **Chase** | **checking (tax) account** | **7373** | **$331.00** |
| 3.4. | **KeyBank** | **savings account** | **7675** | **$0.00** |
| 3.5. | **KeyBank** | **(PPP) checking account** | **2460** | **$0.00** |

| 3.6. | **KeyBank** | operating account | 0839 | **NSF** |
|---|---|---|---|---|

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                              | **$10,782.00** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **Venmo** | **$- 0 -** |
   |---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                              | **$0.00** |

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | **2,500.00** | - | **0.00** | = .... | **$2,500.00** |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                             | **$2,500.00** |

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 19. | **Raw materials**<br>**Food inventory** | | | Liquidation | $3,000.00 |
|---|---|---|---|---|---|
| | **Dry storage** | | | Liquidation | $15,250.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Beverage inventory** | | | Liquidation | $13,000.00 |
| 22. | **Other inventory or supplies**<br>**Miscellaneous cleaning supplies** | | | Liquidation | $350.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

| $31,600.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous office furniture including (2) desks, (3) chairs, storage shelves, etc.** | | Liquidation | $650.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| General description | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Miscellaneous electronics including (1) notebook computer, (1) personal computer, (3) printers, etc. | | Liquidation | $2,600.00 |
| Shift 4 POS system including 7 point of sale unit(s) | | Liquidation | $0.00 |
| Margin Edge inventory system including software, scale, & scanner | | Liquidation | $400.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**           $3,650.00
     Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Miscellaneous smallware | | Liquidation | $800.00 |
| Miscellaneous tables & chairs | | Liquidation | $2,300.00 |
| Miscelolaneous kitchen equipment including (1) Espresso machine (1) pizza oven & (2) coolers | | Liquidation | $800.00 |

| 51. | **Total of Part 8.** | | | | $3,900.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor leases real property located at**<br><br>**106 Bemis Street Canandaigua, New York** | Leashold | | n/a | $0.00 |

| 56. | **Total of Part 9.** | | | | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |

| | | | |
|---|---|---|---|
| **Domain: riotomatlan.com** | | **n/a** | **- 0 -** |

| 62. | **Licenses, franchises, and royalties**<br>**Liquour license** | | **n/a** | **$2,300.00** |
|---|---|---|---|---|

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**
　　**Goodwill**　　　　　　　　　　　　　　　　　　　　　　　n/a　　　　　　**Unknown**

| 66. | **Total of Part 10.** | **$2,300.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　■ No
　　☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　■ No
　　☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

**Part 11:　All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　■ Yes Fill in the information below.

| | | **Current value of**<br>**debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Miscellaneous insurance polices including: Fire, Theft,**<br>**Liability, Disability. Workers Compensation** | **no cash value** |
| 74. | **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**

| | |
|---|---:|
| Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,782.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $31,600.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,300.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $54,732.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $54,732.00 |

Debtor name **Tomatlan, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

### 2.1  Can Capital
Creditor's Name

**1850 Parkway Place, Ste 1150**
**Marietta, GA 30067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC 202312116727294**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$44,255.00**     Value of collateral: **$0.00**

### 2.2  Highland Hill Capital, LLC
Creditor's Name

**1100 Park Central Blvd South, Ste. 1200**
**Pompano Beach, FL 33064**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2024**
**Last 4 digits of account number**
**7974**
Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**UCC 202410026369685**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$52,875.00**     Value of collateral: **$0.00**

Case 2-25-20547-PRW,   Doc 1,   Filed 07/22/25,   Entered 07/22/25 19:12:59,
Description: Main Document  , Page 18 of 47

☐ Contingent
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
■ Disputed

---

| 2.3 | **KeyBank** | Describe debtor's property that is subject to a lien | $72,765.00 | $0.00 |

Creditor's Name

**726 Exchange Street, Suite 900**
**Buffalo, NY 14210**

Creditor's mailing address

**UCC 201804068150066**
**Continuation 202211076732999**

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **LG Funding LLC** | Describe debtor's property that is subject to a lien | $76,963.00 | $0.00 |

Creditor's Name

**1218 Union Street**
**Brooklyn, NY 11225**

Creditor's mailing address

**UCC 202409176294470**

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/2024**

**Last 4 digits of account number**
**8004**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **MNY Capital LLC** | Describe debtor's property that is subject to a lien | $36,000.00 | $0.00 |

Creditor's Name

**244 Madison Avenue, Ste. 1035**
**New York, NY 10016**

Creditor's mailing address

**UCC 202411066522150**

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 5

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/2024**
**Last 4 digits of account number**

No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.6 | **Network Rewards** | Describe debtor's property that is subject to a lien | $37,635.00 | $0.00 |

Creditor's Name

**540 w Madison St. Suite 2400**
**Chicago, IL 60661**
Creditor's mailing address

**UCC 202408126129087**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**08/2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8073**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Rapid Finance** | Describe debtor's property that is subject to a lien | $83,805.00 | $0.00 |

Creditor's Name

**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**
Creditor's mailing address

**UCC 202312126731409**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**12/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7177**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.8 | **Ready Capital** | Describe debtor's property that is subject to a lien | $45,788.00 | $0.00 |

Case 2-25-20547-PRW,   Doc 1,   Filed 07/22/25,   Entered 07/22/25 19:12:59,
Description: Main Document , Page 20 of 47

Debtor **Tomatlan, Inc.**

Name

Case number (if known) _____

---

Creditor's Name

**200 Connell Drive, Ste. 4000**
**Berkeley Heights, NJ 07922**

Creditor's mailing address

**UCC 202305305756198**

Creditor's email address, if known

Describe the lien

**SBA**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/2023**

**Last 4 digits of account number**
**9107**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S Small Business Administration** | | | |
|---|---|---|---|---|

Creditor's Name

**14925 Kingsport Road**
**Fort Worth, TX 76155**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC  202109276558463**

$537,814.00       $0.00

Creditor's email address, if known

Describe the lien

**EIDL loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**

**Last 4 digits of account number**
**9110**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $987,900.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Juan Guevara**<br>**106 Bemus Street**<br>**Canandaigua, NY 14424** | Line  **2.5** | |

---

| | |
|---|---|
| **Rupp Pfalzgraf, LLC**<br>**1600 Olympic Tower**<br>**Buffalo, NY 14202** | Line __**2.3**__ |
| **Scarpati Law**<br>**Michael V. Scarpati, Esq.**<br>**40 Wall Stret, Ste. 2904**<br>**New York, NY 10005** | Line __**2.2**__ |
| **Topline Receovery, LLC**<br>**1078 Summit Avenue, Ste 104**<br>**Jersey City, NJ 07307** | Line __**2.2**__ |

Fill in this information to identify the case:

Debtor name  **Tomatlan, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
  amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $3,700.00 | $3,700.00 |

| 2.1 | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Payroll tax** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| 2.2 | **NYS Dept. of Taxation & Finance**<br>Bankruptcy Unit<br>PO Box 5300<br>Albany, NY 12205-0300 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,695.00 | $20,695.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Q3/Q4 2024** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Tomatlan, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.00 | $123.00 |
|---|---|---|---|---|

**NYS Dept. of Taxation & Finance**
**Bankruptcy Unit**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Q3/Q4 2024**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,580.00 |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6002

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,251.00 |
|---|---|---|---|

**Chase Cardmember Services**
**P.O. Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6791

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,162.00 |
|---|---|---|---|

**Key Bank**
**4910 Tiedeman Road**
**Cleveland, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 24,518.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 88,993.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 113,511.00 |

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 2 of 2

Fill in this information to identify the case:

Debtor name **Tomatlan, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor renting storage container from A-Verdi; container kept on restaurant property** |
| State the term remaining | |
| List the contract number of any government contract | **A-Verdi Storage Containers 700 Trolley Blvd, Ste. 2 Rochester, NY 14606** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Building & contents** |
| State the term remaining | |
| List the contract number of any government contract | **Casa Guevera, LLC 7681 St Route 5 & 20 Bloomfield, NY 14469** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor entered into a Debt Settlement Services Agreement to resolve the junior Merchant Cash Advance lenders** |
| State the term remaining | **n/a** |
| List the contract number of any government contract | **n/a**    **Rise Alliance 22 W 38th St, 2nd Floor New York, NY 10038** |

**Fill in this information to identify the case:**

Debtor name    **Tomatlan, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Juan Guevara** | **106 Bemus Street**<br>**Canandaigua, NY 14424** | **KeyBank** | ■ D    **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Juan Guevara** | **106 Bemus Street**<br>**Canandaigua, NY 14424** | **LG Funding LLC** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Juan Guevara** | **106 Bemus Street**<br>**Canandaigua, NY 14424** | **Highland Hill Capital, LLC** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Juan Guevara** | **106 Bemus Street**<br>**Canandaigua, NY 14424** | **Can Capital** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Juan Guevara** | **106 Bemus Street**<br>**Canandaigua, NY 14424** | **Rapid Finance** | ■ D    **2.7**<br>☐ E/F _____<br>☐ G _____ |

Case 2-25-20547-PRW,    Doc 1,    Filed 07/22/25,    Entered 07/22/25 19:12:59,
Description: Main Document , Page 26 of 47

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

2.6 **Juan Guevara**  **106 Bemus Street**
**Canandaigua, NY 14424**

**U.S Small Business**
**Administration**

■ D __2.9__
☐ E/F _____
☐ G _____

**Fill in this information to identify the case:**

Debtor name  **Tomatlan, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other  **Business income** | **$926,295.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other  **Business income** | **$2,050,475.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other  **Business income** | **$1,888,625.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount

Case 2-25-20547-PRW,    Doc 1,   Filed 07/22/25,   Entered 07/22/25 19:12:59,
Description: Main Document  , Page 28 of 47

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Casa Guevera, LLC**<br>**7681 St Route 5 & 20**<br>**Bloomfield, NY 14469**<br>**Landlord** | **Monthly** | **$5,600.00** | **Rent** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.   **MNY Capital LLC v. Tomatlan**<br>**Inc. et al**<br>**E2024020154** | **Commercial**<br>**contract** | **Monroe County Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **KeyBank National**<br>**Association v. Tomatlan Inc.**<br>**et al**<br>**809293/2025** | **Contract dispute** | **Erie County Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gleichenhaus, Marchese & Weishaar, P.C.**<br>**930 Convention Tower**<br>**43 Court Street**<br>**Buffalo, NY 14202** | **Attorney Fees** | **07/03/25+** | **$11,262.00** |
| | Email or website address<br><br>_____ | | | |
| | Who made the payment, if not debtor?<br>**Juan R. Guevara** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Bona Fide** | **2016 Ford Transit Van** | **09/2024** | **$5,000.00** |
| | Relationship to debtor **Unrelated thrid party** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

     Is the debtor primarily engaged in offering services and facilities for:
     - diagnosing or treating injury, deformity, or disease, or
     - providing any surgical, psychiatric, drug treatment, or obstetric care?

     ■ No. Go to Part 9.
     ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

     ■ No.
     ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

     ■ No. Go to Part 10.
     ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

     Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
     Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Debtor's chase checking account was subject of identiy fraud and the account was closed and reopened with a new account number** | |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Casa Guevera, LLC<br>7681 St Route 5 & 20<br>Bloomfield, NY 14469** | **106 Bemis Street<br>Canandaigua, NY 14424** | **Debtor's lease includes various fixtures, furnishings, and kitchen equipment** | |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Only general monitoring by staff** | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Juan Guevara**<br>**106 Bemus Street**<br>**Canandaigua, NY 14424** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Juan Guevara** | **106 Bemus Street**<br>**Canandaigua, NY 14424** | **President / Sole shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 7, 2025__

| | |
|---|---|
| **/s/ Juan R. Guevara** | **Juan R. Guevara** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    __President / sole shareholder__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of New York

In re **Tomatlan, Inc.** 

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 11,262.00 |
| Prior to the filing of this statement I have received | $ | 11,262.00 |
| Balance Due | $ | 0.00 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 7, 2025**
_Date_

**/s/ Robert B. Gleichenhaus, Esq.**
**Robert B. Gleichenhaus, Esq.**
_Signature of Attorney_
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446   Fax: (716) 845-6475**
_Name of law firm_

---

# United States Bankruptcy Court
## Western District of New York

In re   **Tomatlan, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Juan Guevara**<br>**106 Bemus Street**<br>**Canandaigua, NY 14424** | **Par** | **200** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President / sole shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 7, 2025**

Signature   **/s/ Juan R. Guevara**

**Juan R. Guevara**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

In re    **Tomatlan, Inc.**                                   Case No. _____

                                          Debtor(s)            Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President / sole shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 7, 2025** _____        **/s/ Juan R. Guevara** _____

                                                 **Juan R. Guevara/President / sole shareholder**
                                                 Signer/Title

A-Verdi Storage Containers
700 Trolley Blvd, Ste. 2
Rochester, NY 14606

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Can Capital
1850 Parkway Place, Ste 1150
Marietta, GA 30067

Casa Guevera, LLC
7681 St Route 5 & 20
Bloomfield, NY 14469

Chase Cardmember Services
P.O. Box 1423
Charlotte, NC 28201

Highland Hill Capital, LLC
1100 Park Central Blvd South, Ste. 1200
Pompano Beach, FL 33064

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Juan Guevara
106 Bemus Street
Canandaigua, NY 14424

Key Bank
4910 Tiedeman Road
Cleveland, OH 44144

KeyBank
726 Exchange Street, Suite 900
Buffalo, NY 14210

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

MNY Capital LLC
244 Madison Avenue, Ste. 1035
New York, NY 10016


Network Rewards
540 w Madison St. Suite 2400
Chicago, IL 60661


NYS Dept. of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Ready Capital
200 Connell Drive, Ste. 4000
Berkeley Heights, NJ 07922


Rise Alliance
22 W 38th St, 2nd Floor
New York, NY 10038


Rupp Pfalzgraf, LLC
1600 Olympic Tower
Buffalo, NY 14202


Scarpati Law
Michael V. Scarpati, Esq.
40 Wall Stret, Ste. 2904
New York, NY 10005


Topline Receovery, LLC
1078 Summit Avenue, Ste 104
Jersey City, NJ 07307


U.S Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

# United States Bankruptcy Court
## Western District of New York

In re  **Tomatlan, Inc.**                                             Case No.
                                        Debtor(s)        Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tomatlan, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]




**July 7, 2025**                                    **/s/ Robert B. Gleichenhaus, Esq.**
Date                                                **Robert B. Gleichenhaus, Esq.**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **Tomatlan, Inc.**
                                                    **Gleichenhaus, Marchese & Weishaar, P.C.**
                                                    **930 Convention Tower**
                                                    **43 Court Street**
                                                    **Buffalo, NY 14202**
                                                    **(716) 845-6446 Fax:(716) 845-6475**

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to www.irs.gov/Form1120S for instructions and the latest information. | **2023** |

For calendar year 2023 or tax year beginning _____ , ending _____

| **A** S election effective date 03/23/2007 | | Name **TOMATLAN INC.** | **D** Employer identification number **\*\*-\*\*\*4129** |
|---|---|---|---|
| **B** Business activity code number (see instructions) 722511 | TYPE OR PRINT | Number, street, and room or suite no. If a P.O. box, see instructions. **106 BEMIS ST** | **E** Date incorporated 03/23/2007 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code **CANANDAIGUA, NY  14424** | **F** Total assets (see instructions) $ 910,298. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales  2,132,244.  **b** Less return and allowances  50,185.  **c** Balance | **1c** | 2,082,059. |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 438,236. |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 1,643,823. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| | **5** Other income (loss) (attach statement) | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 | **6** | 1,643,823. |
| **Deductions (See instructions for limitations)** | **7** Compensation of officers (see instrs. - attach Form 1125-E) | **7** | 107,100. |
| | **8** Salaries and wages (less employment credits) | **8** | 789,346. |
| | **9** Repairs and maintenance | **9** | 28,858. |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 66,241. |
| | **12** Taxes and licenses   STATEMENT 1 | **12** | 107,181. |
| | **13** Interest (see instructions) | **13** | 26,541. |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 12,797. |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| | **16** Advertising | **16** | 33,985. |
| | **17** Pension, profit-sharing, etc., plans | **17** | |
| | **18** Employee benefit programs | **18** | |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| | **20** Other deductions (attach statement)   STATEMENT 2 | **20** | 363,531. |
| | **21** **Total deductions.** Add lines 7 through 20 | **21** | 1,535,580. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 6 | **22** | 108,243. |
| **Tax and Payments** | **23 a** Excess net passive income or LIFO recapture tax (see instructions) .... **23a** | | |
| | **b** Tax from Schedule D (Form 1120-S) ............ **23b** | | |
| | **c** Add lines 23a and 23b | **23c** | |
| | **24 a** Current year's estimated tax payments and preceding year's overpayment credited to the current year .... **24a** | | |
| | **b** Tax deposited with Form 7004 ............ **24b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) .... **24c** | | |
| | **d** Elective payment election amount from Form 3800 ....... **24d** | | |
| | **z** Add lines 24a through 24d | **24z** | |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached ........ ☐ | **25** | |
| | **26** **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | **26** | |
| | **27** **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | **27** | |
| | **28** Enter amount from line 27: **Credited to 2024 estimated tax** _____  **Refunded** | **28** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | **PRESIDENT** Title | May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name **JOHN A. RIZZO, CPA** | Preparer's signature | Date 05/31/24 | Check ☐ if self-employed | PTIN P00568435 |
|---|---|---|---|---|
| Firm's name **RDG + PARTNERS CPAS, PLLC** | | | Firm's EIN **\*\*-\*\*\*3571** | |
| Firm's address **10 WINTHROP STREET ROCHESTER, NY 14607** | | | Phone no. **585-673-2600** | |

LHA  For Paperwork Reduction Act Notice, see separate instructions.

Filed 07/22/25  Entered 07/22/25 19:12:59

Form **1120-S** (2023)

11080531 149812 TOMA129  2023.03030 TOMATLAN INC.  TOMA1291

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount | |
|---|---|---|---|---|
| Other Information | 17a Investment income | | 17a | |
| | b Investment expenses | | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | | 17c | |
| | d Other items and amounts (att. stmt.)                    STATEMENT 6 | | | |
| Recon-ciliation | 18 **Income (loss) reconciliation**. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | 18 | 107,941. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 25,042. | | 81,588. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 22,000. | | 22,000. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 7 | 447,412. | | 668,556. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | STATEMENT 8 | 72,329. | | 72,329. |
| 10 a | Buildings and other depreciable assets | 388,145. | | 388,145. | |
| b | Less accumulated depreciation | 309,523. | 78,622. | 322,320. | 65,825. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | 1,125. | | 1,125. | |
| b | Less accumulated amortization | 1,125. | 0. | 1,125. | 0. |
| 14 | Other assets (att. stmt.) | STATEMENT 9 | 36,472. | | 0. |
| 15 | Total assets | | 681,877. | | 910,298. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 153,218. | | |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 10 | 74,166. | | 108,185. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 247,047. |
| 21 | Other liabilities (att. stmt.) | STATEMENT 11 | 518,035. | | 512,399. |
| 22 | Capital stock | | 13,290. | | 13,290. |
| 23 | Additional paid-in capital | | -20,676. | | |
| 24 | Retained earnings | STATEMENT 12 | -56,156. | | 29,377. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 681,877. | | 910,298. |

Form **1120-S** (2023)

311731
12-19-23

# Restaurant Financial Overview

## Cash Summary

| Gross Total | Total Gross Items | Net Total | Total Taxes | Net + Taxes | Total Discounts | Total Receipts |
|---|---|---|---|---|---|---|
| $2,050,470.63 | $2,050,470.63 | $2,017,065.92 | $169,307.41 | $2,186,373.33 | $33,404.71 | $2,503,918.09 |

## Statistics

| Captured Tips % Net | Captured Tips % Gross | Closed Tickets | Net Per Ticket | Gross Per Ticket | Head Count | Net Per Head | Gross Per Head | Labor % | Open Tickets | Open Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 14.53 | 14.29 | 30588 | $65.13 | $66.21 | 54860 | $36.31 | $36.92 | 1149.78 | 0 | $0.00 |

## Sales by Revenue Class

| Revenue Class | Gross Sales | Net Income |
|---|---|---|
| Beer | 79453.99 | 78484.37 |
| Beverages | 20201.63 | 19980.76 |
| Catering | 53936.50 | 52251.23 |
| Food | 1362407.94 | 1336769.49 |
| Kitchen Comps | 0.00 | 0.00 |
| Liquor | 434978.66 | 430768.77 |
| OLO | 0.00 | 0.00 |
| Quiote | 51276.00 | 51126.00 |
| Retail | 5605.24 | 5591.64 |
| Wine | 17492.02 | 17265.01 |
| Subtotal | 2025351.98 | 1992237.27 |
| Gift Card | 25118.65 | 24828.65 |
| Total | 2050470.63 | 2017065.92 |

## Cash Deposit

| Cash Deposit | Amount |
|---|---|
| cash-in | +122.01 |
| cash-out | -0.00 |
| cash-received | +254216.54 |
| check | +14296.99 |
| change | -0.00 |
| tips | 43 |

| Cash Deposit | Amount |
|---|---|
| tip-reduction | +0.00 |
| donation | -4093.07 |
| Total | -53517.96 |

## Tender Type

| Tender Type | Count | Amount |
|---|---|---|
| Amex | 1933 | 208751.78 |
| Cash | 6256 | 254216.54 |
| Check | 14 | 14296.99 |
| cr-return | 15 | -358.20 |
| Discover | 781 | 72423.82 |
| Donation | 27 | 4093.07 |
| Doordash | 1691 | 75673.06 |
| External | 587 | 55158.82 |
| Gc-Post | 363 | 19934.23 |
| Honeybook | 29 | 42356.93 |
| House Account | 37 | 619.81 |
| MasterCard | 6387 | 538637.95 |
| Old Gift Card | 13 | 1678.64 |
| Online | 31 | 5609.00 |
| Other | 13 | 801.82 |
| Square | 160 | 7189.28 |
| St-Online | 1116 | 76978.36 |
| VISA | 13116 | 1124173.50 |
| Walk Out | 27 | 1682.69 |
| Total: | 32596 | 2503918.09 |

## Taxes

| Taxes | Amount |
|---|---|
| Non-Cash Adjust | 22433.18 |
| State Tax | 146874.23 |
| Total | 169307.41 |

## Tips

| Tips | Amount |
|---|---|
| Auto Gratuities | 28549.17 |
| Tips | 289511.26 |
| Total | 318060.43 |

## Discounts

| Discount | Type | Count | Amount |
|---|---|---|---|
| Band | Manual | 24 | 1137.25 |
| Birthday | Manual | 126 | 1223.00 |
| Booster Club 10% | Manual | 78 | 670.70 |
| CTA Discount | Manual | 141 | 723.50 |
| Did Not Like | Manual | 56 | 713.45 |
| Digital BOGO Quesadilla | Manual | 46 | 772.00 |
| Digital BOGO Tacos | Manual | 70 | 1020.00 |
| Employee 100% | Manual | 144 | 2863.50 |
| Employee 100% Discount | Manual | 153 | 2202.75 |
| Employee 10% Discount | Manual | 215 | 263.18 |
| Employee 25% Discount | Manual | 63 | 337.20 |
| Employee 50% Discount | Manual | 466 | 3772.19 |
| Happy Hour Apps | Manual | 30 | 30.00 |
| Happy Hour Drinks | Manual | 195 | 390.00 |
| Loyalty Entree | Manual | 95 | 1862.10 |
| Lynchs Coupon | Manual | 1 | 10.00 |
| Open Discount | Manual | 431 | 7738.31 |
| Quality | Manual | 20 | 302.25 |
| Sign Up 10% | Manual | 534 | 4581.17 |
| Speed of Service | Manual | 6 | 2.65 |
| Spill | Manual | 5 | 59.00 |
| Text Free App | Manual | 98 | 1280.25 |
| Text Free Drink | Manual | 103 | 1060.76 |
| Text Free Pico | Manual | 2 | 8.00 |
| WXXI 2 For 1 | Manual | 20 | 381.50 |
| Total Manual | | 3122 | 33404.71 |
| Total Auto | | 0 | 0.00 |
| Total | | 3122 | 33404.71 |

**Voids by Type**

| Type | Count | Amount |
|---|---|---|
| 86 | 236 | 2380.99 |
| Customer Changed Mind | 242 | 7382.15 |
| Rang Too Many | 213 | 7456.05 |
| Server Error | 379 | 10496.25 |
| Training | 61 | 1277.35 |
| Total | 1131 | 28992.79 |

## Net Sales by Day Part

| Day Part | Net Amount |
|---|---|
| Breakfast | 14401.11 |
| Lunch | 307590.26 |
| Dinner | 1487980.25 |
| Late Night | 207094.30 |
| Total | 2017065.92 |

## Revenue Center

| Name | Count | Amount |
|---|---|---|
| Bar | 9243 | 311584.67 |
| Catering | 267 | 81582.06 |
| Dine In | 40243 | 1361674.81 |
| Take Out | 2154 | 99942.38 |
| Unassigned Revenue | 2951 | 162127.00 |
| Total | 54858 | 2016910.92 |

## Donations

| Donation | Amount |
|---|---|
| Donations | 0 |
| Total | 0 |